UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kathryn Vincent,

        Plaintiff(s),

v.

Reach Holdings, LLC,

        Defendant(s).

Case No. 21-cv-12908

Judge Laurie J. Michelson

Magistrate Judge David R. Grand

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Defendant Reach Holdings, LLC,
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☒

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: _____
    Nature of Financial Interest: _____

Date: 12-13-2021

Signature: [signature]
Bar No. P51468
Street Address: 30665 Northwestern Hwy, Suite 200
City, State, Zip Code: Farmington Hills, MI 48334
Telephone Number: (248) 626-9966
Primary Email Address: pwj@jrlawplc.com