# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KATHRYN VINCENT,

    Plaintiff,

v.

REACH HOLDINGS LLC,

    Defendant.

Case No. 4:21-cv-12908
Hon. Matthew F. Leitman
Mag. Judge David R. Grand

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff and Defendant by and through their undersigned counsel, that the Complaint (*ECF No. 1*) be dismissed with prejudice, without costs or fees of any kind to any party. It is hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between Allstate and the stipulating defendants.

STIPULATED AND AGREED TO THIS 2nd DAY OF MAY 2023:

| Agreed only as to Form: | Agreed only as to Form: |
|---|---|
| /s/ Scott P. Batey | /s/ Michelle D. Bayer *(w/consent)* |
| *Counsel for Plaintiff* | Counsel for Defendant |
| Scott P. Batey (P54711) | Michelle D. Bayer (P55546) |
| Batey Law Firm, PLLC | Joelson Rosenberg, PLC |
| 30200 Telegraph Road, Suite 400 | 30665 Northwestern Hwy, Suite 200 |
| Bingham Farms, Michigan 48025 | Farmington Hills, Michigan 48334 |
| (248) 540-6800 | (248) 855-2233 |
| sbatey@bateylaw.com | mbayer@jrlawplc.com |
| Date: May 2, 2023 | Date: May 2, 2023 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KATHRYN VINCENT,

    Plaintiff,

v.

REACH HOLDINGS LLC,

    Defendant.

Case No. 4:21-cv-12908
Hon. Matthew F. Leitman
Mag. Judge David R. Grand

## ORDER OF DISMISSAL

This matter having come before the Court upon the stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed in its entirety with prejudice and without costs, interest, or attorney fees to any party.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into between the parties in the above-captioned litigation.

This order resolves all pending matters in this litigation and closes the case.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  May 2, 2023